IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KENNETH JEROME KIRKLAND,

        Petitioner,

v.                                                                                    Case No. 5D17-0171

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed February 3, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Mitchell G. Wrenn, Assistant Regional
Counsel, Casselberry, for Petitioner.

No appearance for Respondent.


PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall be filed

with the trial court and be treated as the notice of appeal from the January 6, 2016

judgment and sentence in Case No. 2014-301657-CFDB in the Circuit Court in and for

Volusia County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).


      PETITION GRANTED.


COHEN, C.J., EDWARDS, J., and JACOBUS, B. W., Senior Judge, concur.